UNITED STATES DISTRICT COURT
Eastern District of Virginia

---

AF Holdings, LLC

Plaintiff,

                      **Case No. 1:12cv1258**

v.

JOHN DOE

Defendant.

---

**PLAINTIFF'S WAIVER OF ORAL ARGUMENT**

Plaintiff waives oral argument on its previously filed motion for discovery.

                                          Respectfully submitted,

DATED: February 13, 2013

                                  By:    /s/ Timothy V. Anderson
                                       Timothy V. Anderson
                                       Anderson & Associates, PC
                                       2492 North Landing Rd Ste 104
                                       Virginia Beach, VA 23456
                                       757-301-3636 Tel
                                       757-301-3640 Fax
                                       timanderson@virginialawoffice.com
                                       *Attorney for Plaintiff*

CERTIFICATE OF MAILING

I CERTIFY that a true of copy of this notice was filed with this Court causing ECF notification to all parties consenting to notice by this Court.
.

                                       By:     /s/ Timothy V. Anderson
                                       Timothy V. Anderson
                                       Anderson & Associates, PC
                                       2492 North Landing Rd Ste 104
                                       Virginia Beach, VA 23456
                                       757-301-3636 Tel
                                       757-301-3640 Fax
                                       timanderson@virginialawoffice.com
                                       *Attorney for Plaintiff*